IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUR WORLD, LLC, | : | CIVIL NO. |
| | : | |
| Plaintiff, | : | 09-00505 |
| | : | |
| v. | : | |
| | : | |
| SMARTHEALTH, INC. et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 25th day of January, 2010, upon consideration of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 24), Plaintiff's Response in Opposition (Doc. No. 25), and Defendants' Reply in Support of their Motion to Dismiss (Doc. No. 26), it is ORDERED that Defendants' Motion to Dismiss (Doc. No. 24) is DENIED for the reasons stated in the Opinion dated January 25, 2010. IT IS FURTHER ORDERED that Defendants shall answer Plaintiff's Complaint within 21 days from the date of this Order.

BY THE COURT:

 /s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.